J. M. A., INC., Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

First Department, February 7, 1936.

*Paul Collins* of counsel [*James J. Carroll* with him on the brief; *Collins & Carroll*, attorneys], for the appellant.

*Richard S. Holmes* of counsel [*W. H. L. Edwards* with him on the brief; *Milbank, Tweed, Hope & Webb*, attorneys], for the respondent.

PER CURIAM.   As the issues in this case are in all respects similar to those involved in the case of *E. T. C. Corp.* v. *Title Guarantee & Trust Co.* (246 App. Div. 226), argued at the same time and decided herewith, the judgment should be reversed and a new trial granted, with costs to the appellant to abide the event, for the reasons there stated.

Present — MARTIN, P. J., O'MALLEY, UNTERMYER and COHN, JJ.

Judgment reversed and a new trial ordered, with costs to the appellant to abide the event.